UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ERIK JAMES SWANSON,** | ) | NO. CV 09-7096-VBF(CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| **KEN CLARK, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

   Pursuant to Order Accepting Magistrate Judge's Report and Recommendation,

   IT IS ADJUDGED that the petition is denied and dismissed without prejudice.

DATED: October 26, 2009

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE